1   McGREGOR W. SCOTT
    United States Attorney
2   YOSHINORI H. T. HIMEL #66194
    Assistant United States Attorney
3   Eastern District of California
    501 I Street, Suite 10-100
4   Sacramento, California 95814-2322
    Telephone: (916) 554-2760

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, and          2:05-mc-00431-LKK-GGH
    MICHAEL FLATH, Revenue Officer,
12  Internal Revenue Service,              **ORDER TO SHOW CAUSE RE:**
                                           **TAX SUMMONS ENFORCEMENT**
13              Petitioners,
                                           Taxpayers:  Robert B. Ravenscroft Jr.
14       v.                                and Debi L. Ravenscroft

15  ROBERT B. RAVENSCROFT JR.              Date:  September 29, 2005
                                           Time:  10:00 a.m.
16              Respondent.                Ctrm:  24 (8th Floor, GGH)

17

18       Upon the petition of McGREGOR W. SCOTT, United States Attorney for the

19  Eastern District of California, and the Exhibit attached thereto, including the verification

20  of Revenue Officer MICHAEL FLATH, it is hereby:

21       ORDERED that the Respondent, ROBERT B. RAVENSCROFT JR., appear

22  before United States Magistrate Judge Gregory G. Hollows, in that Magistrate Judge's

23  courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on

24  September 29, 2005,  at 10:00 a.m., to show cause why the respondent should not be

25  compelled to obey the Internal Revenue Service summons issued on May 2, 2005.

26       It is further ORDERED that:

27       1.  The United States Magistrate Judge will preside, under to 28 U.S.C. Section

28  636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above.  After hearing,

                                      1

the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

2. The Court hereby appoints the group manager of the petitioning Internal Revenue Service employee, and all federal employees designated by that group manager, under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

3. A copy of this order, together with the petition and its Exhibits, shall  be personally served upon the respondent within 21 days of the date this order is served upon the United States Attorney.

4. Proof of any service done pursuant to paragraph 3 above, shall be filed with the Clerk as soon as practicable.

5. The file reflects a prima facie showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  United States v. Powell, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

6. If the respondents have any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

8. The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

1      9. The Clerk shall forward a copy of this Order to the United States Attorney.

2  DATED: 8/8/05

3                                          /s/ Gregory G. Hollows

4                                          _____
                                           UNITED STATES MAGISTRATE JUDGE

5  ravenscroft.ord

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28