Robert Burel Ravenscroft, Jr., for
ROBERT B. RAVENSCROFT
c/o: 10901 Mill Springs Drive
Nevada City, California



SEP 2 6 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and )<br>MICHAL FLATH, Revenue Officer, )<br>Internal Revenue Service )<br> )<br>Petitioners, )<br> )<br>v. )<br> )<br>ROBERT B. RAVENSCROFT, JR. )<br> )<br>Respondent. )<br> ) | Case # 2:05-mc-00431-LKK-GGH<br><br>**AFFIDAVIT IN RESPONSE TO**<br>**ORDER TO SHOW CAUSE**<br><br>By: Restricted Appearance<br>FRCP Supplemental Rule E(8) |

Robert Burel Ravenscroft, a natural man on the Land, appears specially in this matter by

affidavit, under supplemental rules of Admiralty, Rule E(8) by restricted appearance as a

third party intervenor and agent for ROBERT B. RAVENSCROFT, JR. ENS LEGIS

without prejudice.

Respectfully submitted,

By: _____
Robert Burel Ravenscroft, agent UCC 3-402(b)(1)

Robert Burel Ravenscroft, Jr.
c/o: 10901 Mill Springs Dr.
Nevada City, California

Nevada county )
           ) ss.
California state )

## AFFIDAVIT and VERIFICATION Re: OSC

I, Robert Burel Ravenscroft, Jr., hereinafter affiant, state I am competent in the premise to make these statements, having first hand knowledge of the facts, being competent to testify to the matters stated herein.

1. Affiant has no records relating to or responsive to request of Revenue Officer who I believe is acting in capacity of agent of Bureau of Alcohol Tobacco and Firearms.

2. Robert Burel Ravenscroft, Jr. is **not engaged in any excise taxable activities** subject to summons authority by the Internal Revenue Service under Title 26, USC, §7602, §7603, §7609(b)(2)(B), has no records, books or sources of income or gross income from sources within the United States or directly connected business with the United States, a state or instrumentality thereof.

3. Robert Burel Ravenscroft, Jr. has no "earned or unearned income" from Foreign sources.

4. I am not a resident, officer or employee of the STATE OF CALIFORNIA or the UNITED STATES or a Territory, which the United States, exercises jurisdiction.

5. I am not a U.S. citizen, person or taxpayer as defined in the USCA. or the Code of Federal Regulations. I accept no benefits or privileges of juristic, limited liability or tontine nature.

6. I AM a man on the soil of Nevada county California, a neutral party, with all rights reserved, including the right to life, liberty, property, work, PRIVACY and avoidance.

7. SUMMONS FORM 2039 is not a lawful document as required by 26 USCA. § 7602 and is void on its face.

8. SUMMONS issued under COLOR OF LAW and COLOR OF AUTHORITY in the name of the Commissioner of Internal Revenue, is in violation of the 4th ARTICLE OF THE BILL OF RIGHTS OF A.D. 1791 and the State Constitution as stated above by someone purporting to be a revenue officer of the Department of Treasury Internal Revenue Service.

9. Affiant has no records responsive to alleged Revenue Officer Michael Flath.

10. Affiant further states that he believes alleged Revenue Officer Michael Flath, is an assumed fictitious name.

11. Affiant has attached the missing enclosures attached to the original letter mentioned in the petition, item # 9, as Michael Flath stated the following "The other enclosures to the letter are not attached because of their volume, but are available on request.". See "Attachment 1"

12. Alleged authority to examine book and witnesses as stated on the attachment to Summons form 2039 (Rev. 9-1999) in last paragraph left hand column just above the five stars [*****], and again in

sections 7603, 7604, 7605, 7610 and 7210, and States; "Authority to examine book and witnesses is also provided under section 6420(e)(2)-gasoline used on farms; sec. 6421(g)(2)-Gasoline used for certain non highway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2)-Fuels not used for taxable purposes." All of these citations appear in Title 26, USC, Subtitle F – Procedures and administration relating to excise taxes on GASOLINE, commodities and activities and is found in the **Parallel Table of Authorities** which is implemented under Title 27 of the US Code relating to ALCOHOL, TOBACCO AND FIREARMS. **See "Attachment 2"**

13. This is a blatant attempt to defraud the COURT under color of authority of sec. 7210 of Title 26 USC., by compelling Robert Burel Ravenscroft. Jr. into a summary court process seeking records not in Affiants possession related to the above mentioned excise tax activities and the UNITED STATES DISTRICT COURT has proper standing and a known duty to **Quash alleged "Summons" and dismiss the ORDER TO SHOW CAUSE with prejudice.**

14. Alleged Revenue Officer Michael Flath has used the United States Postal Service to perpetrate a scheme to compel production of documents under false pretenses, which constitutes mail fraud under Title 18, USC §1341.

Further Affiant sayeth naught.

## VERIFICATION

Affiant declares and avers under penalty of perjury under the Law of California, that the foregoing Affidavit to be true, correct and complete to the best of my knowledge and belief.

Dated: This twenty-third day of September, in the year of our Lord, A.D. two thousand five.

By: _____

Robert Burel Ravenscroft, Jr., All rights
reserved, without prejudice, UCC 3-402(b)(1)

The State of California      )
                             ) ss                    **JURAT**
Nevada County                )

Affirmed and subscribed to before me by Robert Burel Ravenacroft, Jr. on this 2̶3̶r̶d̶ 26th day of September, 2005, proved to me on the basis of satisfactory evidence to be the person who appeared before me. Witness my hand and seal.

_____ (seal)
Notary Public

SYLVIA M. MAXSTONE
Commission #1487621
NOTARY PUBLIC - CALIFORNIA
NEVADA COUNTY
MY COMMISSION EXPIRES
MAY 4, 2008

CC: McGregor W. Scott, United States Attorney
     Yoshinori H. T. Himel, #66194, Assistant United States Attorney, Eastern District of California

# PARALLEL TABLE OF AUTHORITIES AND RULES

The following table lists rulemaking authority (except 5 U.S.C. 301) for regulations codified in the *Code of Federal Regulations.* Also included are statutory citations which are noted as being interpreted or applied by those regulations.

The table is divided into four segments: United States Code citations, United States Statutes at Large citations, public law citations, and Presidential document citations. Within each segment the citations are arranged in numerical order:

For the United States Code, by title and section;

For the United States Statutes at Large, by volume and page number;

For public laws, by number; and

For Presidential documents (Proclamations, Executive orders, and Reorganization plans), by document number.

Entries in the table are taken directly from the rulemaking authority citation provided by Federal agencies in their regulations. Federal agencies are responsible for keeping these citations current and accurate. Because Federal agencies sometimes present these citations in an inconsistent manner, the table cannot be considered all-inclusive.

The portion of the table listing the United States Code citations is the most comprehensive, as these citations are entered into the table whenever they are given in the authority citations provided by the agencies. United States Statutes at Large and public law citations are carried in the table only when there are no corresponding United States Code citations given.

This table is revised as of January 1, 2005.

763



Attachment 2

# Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6102 | 27 Part 70 |
| 6103 | 20 Parts 401, 402 |
|  | 26 Part 301 |
|  | 42 Part 401 |
| 6104 | 26 Part 301 |
| 6109 | 26 Parts 40, 160, 301 |
|  | 27 Parts 17, 19, 22, 24, 25, 53, 194, 270 |
| 6111 | 26 Part 301 |
| 6112 | 26 Part 301 |
| 6114 | 26 Part 301 |
| 6151 | 27 Parts 17, 22, 25, 44, 53, 194, 270 |
| 6155 | 27 Parts 53, 70 |
| 6157 | 26 Part 31 |
| 6158 | 27 Part 70 |
| 6161 | 26 Part 156 |
|  | 27 Part 53 |
| 6201 | 27 Part 70 |
| 6203—6204 | 27 Part 70 |
| 6205 | 26 Part 31 |
| 6228 | 26 Part 301 |
| 6230 | 26 Part 301 |
| 6231 | 26 Part 301 |
| 6232 | 26 Parts 41, 150 |
| 6233 | 26 Part 301 |
| 6241 | 26 Part 301 |
| 6245 | 26 Part 301 |
| 6301—6303 | 27 Part 53 |
| 6301—6302 | 27 Parts 24—26, 41, 270 |
| 6301 | 27 Part 70 |
| 6302 | 26 Parts 1, 20, 25, 31, 40 |
|  | 27 Parts 19, 251 |
|  | 31 Parts 203, 214 |
| 6303 | 27 Part 70 |
| 6311 | 26 Part 301 |
|  | 27 Parts 19, 24, 25, 53, 70, 194, 270 |
| 6313—6314 | 27 Part 70 |
| 6313 | 27 Parts 25, 41, 45, 270 |
| 6314 | 27 Part 194 |
| 6321 | 27 Part 70 |
| 6323 | 27 Parts 70, 301 |
| 6325 | 26 Part 401 |
|  | 27 Part 70 |
| 6326 | 26 Part 301 |
|  | 27 Part 70 |
| 6331 - 6343 | 27 Part 70 |
| 6343 | 26 Part 301 |
| 6401—6404 | 27 Part 70 |
| 6402 | 10 Part 16 |
|  | 12 Part 1730 |
|  | 26 Parts 1, 301 |
|  | 27 Parts 17, 25, 44, 53, 194, 270 |
|  | 31 Part 285 |
| 6404 | 26 Part 301 |
|  | 27 Parts 41, 44, 53, 270 |
| 6407 | 27 Part 70 |
| 6411 | 26 Parts 1, 301 |
| 6416 | 27 Parts 53, 70 |
| 6423 | 19 Part 24 |
|  | 27 Parts 70, 270 |
| 6426 | 26 Part 154 |
| 6427 | 26 Part 48 |
| 6501—6503 | 27 Part 70 |
| 6511 | 27 Parts 17, 70, 194 |
| 6513  6514 | 27 Part 70 |
| 6532 | 27 Part 70 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6601  6602 | 27 Part 70 |
| 6501 | 27 Parts 46, 194, 296 |
| 6611 | 27 Part 70 |
| 6621—6622 | 27 Parts 46, 70, 296 |
| 6621 | 27 Part 194 |
| 6651 | 27 Parts 24, 25, 70, 194 |
| 6653 | 27 Part 70 |
| 6656—6658 | 27 Part 70 |
| 6656 | 27 Part 25 |
| 6657 | 27 Part 194 |
| 6662 | 26 Part 1 |
| 6665 | 27 Part 70 |
| 6671 -6672 | 27 Part 70 |
| 6676 | 27 Parts 19, 24, 25, 270 |
| 6689 | 26 Part 301 |
| 6695 | 26 Part 1 |
| 6701 | 27 Part 70 |
| 6723 | 27 Part 70 |
| 6801 | 27 Part 70 |
| 6804 | 27 Part 250 |
| 6806 | 27 Parts 19, 22, 25, 44, 270 |
| 6851 | 26 Part 1 |
| 6862  6863 | 27 Part 70 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 17, 19, 22, 24, 25, 44, 70, 194, 270 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 26 |
| 7101 | 27 Parts 41, 70, 72 |
| 7102 | 27 Parts 26, 70 |
| 7121 -7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 41, 44—46, 270, 296 |
| 7213 | 27 Part 17 |
| 7214 | 5 Part 3101 |
|  | 15 Part 0 |
|  | 27 Part 70 |
| 7216 | 26 Part 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322  7326 | 37 Part 72 |
| 7325 | 27 Part 270 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 41, 44—46, 270, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423 - 7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7502 | 26 Part 301 |
|  | 27 Parts 53, 73 |
| 7505- 7506 | 27 Part 70 |
| 7508 | 26 Part 301 |
| 7508A | 26 Part 301 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7520 | 26 Parts 1, 20, 25, 301 |
| 7601—7606 | 27 Part 70 |
| 7802 | 27 Parts 29, 46, 296 |
| 7606 | 27 Parts 24, 25, 41, 44  46, 270, 275, 296 |
| 7608 | 27 Parts 70, 296 |
| 7609 | 27 Part 70 |

26 U.S.C. (1986 I.R.C.)—Continued | CFR
7610 ...............................................27 Part 70
7622—7623 ......................................27 Part 70
7624.................................................26 Part 301
7851 et seq ......................................40 Part 76
7851 · 7852................................27 Parts 26, 41
7852 ......................................27 Parts 17, 275
7653 ...............................................27 Part 70
7701 .....................................26 Parts 1, 31, 301
7804 note..................................26 Part 301
7805............................19 Parts 1, 24, 301, 602
20 Part 615
26 Part 1  5, 5c, 5e, 6a, 7, 8, 9, 11—
13, 14a, 15, 15a, 16, 16a, 17—20, 22,
25, 26, 27, 31, 32, 35, 35a, 36, 40, 41,
43—49, 52—55, 141, 143, 145, 148, 156,
157, 301—303, 305, 400, 401, 403, 404,
420, 502, 503, 509, 514, 516, 517, 601,
602, 701, 702
27 Parts 3, 5, 13, 17—22, 24—26, 29,
30, 41, 44 · 46, 70 · 72, 170, 179, 194,
250—252, 270, 296
7851.................................................27 Part 24
9002 ...........................................11 Part 9002
9003...................................11 Parts 9003, 9033
9004 ...........................................11 Part 9004
9005 ...........................................11 Part 9005
9006 ...........................................11 Part 9005
9007 .....................................11 Parts 201, 9007
9008 .....................................11 Parts 201, 9008
9009 ...........................11 Parts 201, 9001—9008
9012 ...........................................11 Part 9012
9031 ...........................................11 Part 9031
9032 ...........................................11 Part 9032
9033 ...........................................11 Part 9033
9034 ...........................................11 Part 9034
9035 ...........................................11 Part 9035
9036 ...........................................11 Part 9036
9037 ...........................................11 Part 9037
9038 .....................................11 Parts 201, 9038
9039 ...........................11 Parts 201, 9031—9039
9801 ...........................................26 Part 54
9806 ...........................................26 Part 54
9833 ...........................................26 Part 54
27 U.S.C.
202..................................27 Parts 6, 8, 10, 11
203—204...........................................27 Part 1
203...................................27 Parts 26, 251, 252
204....................................................27 Part 71
205........27 Parts 4—13, 16, 26, 179, 187, 251, 252
206 ...................................................27 Part 1
211.....................................................27 Part 1
215....................................................27 Part 16
218....................................................27 Part 16
28 U.S.C.
50......................................................32 Part 516
416 .....................................................28 Part 3
503.....................................................28 Part 45
509—510 ...............................8 Parts 1—3, 1103
21 Part 1316
28 Parts 0, 1, 3, 5, 8, 9, 11, 14—17,
26, 28, 29, 35, 37, 38, 42, 46, 47, 46,
50, 51, 55, 58, 61, 71, 73, 76, 81, 500,
501, 503, 504, 506, 509 · 511, 513, 522—
524, 527, 540 · 545, 547—553, 570—572,
· 600—603, 1216

28 U.S.C.—Continued | CFR
48 Part 2819
509..........................28 Parts 27, 36, 64, 90, 551
510 ........................................28 Parts 27, 36, 551
48 Parts 2801 · 2810, 2812—2817, 2822,
2824, 2826, 2828 · 2835, 2845, 2852, 2870
513 .................................................32 Part 516
515 · 519................................28 Parts 0, 17, 27
515 ..........................................28 Parts 600—602
32 Part 516
515 · 518...........................................28 Part 9
524 .....................................................28 Part 9
528....................................................28 Part 45
530B .................................................28 Part 77
534 ..........................................28 Parts 16, 20
32 Part 635
543 ..........................................28 Parts 600, 603
32 Part 516
586...................................................28 Part 58
1346..................................................26 Part 543
32 Parts 536, 842
1498...............................................10 Part 782
1608.................................................22 Part 93
1733.................................................22 Part 131
1746 ...................................................8 Part 3
30 Part 870
34 Part 690
1784 .................................................22 Part 92
1821 · 1825 .......................................28 Part 21
1821 ..................................................22 Part 713
1823.................................................32 Part 534
2112....................................................5 Part 2429
21 Parts 10, 12—16
28 Parts 191, 2200
40 Part 23
46 Part 502
2343—2344 .........................................40 Part 23
2401 · 2402.........................................32 Part 536
2402.................................................32 Part 842
2412 ..................................................34 Part 21
2461 ..................................................14 Part 13
18 Part 385
20 Parts 356, 702
30 Parts 723, 845
32 Part 269
46 Part 506
2461 note............................5 Parts 2634, 2636
10 Parts 2, 13, 207, 218, 430, 501, 601,
820, 1013, 1017, 1050
11 Part 111
12 Parts 19, 263, 308, 509, 1411, 1773,
1780
14 Part 383
15 Parts 6, 25, 28
16 Part 1
17 Part 143
24 Parts 28, 30, 81, 3282, 3500
27 Part 16
29 Parts 578, 579, 2575, 4071, 4302
31 Parts 500, 501, 505, 515, 535, 536,
540, 545, 550, 560, 575, 585, 590—592,
594, 595, 597, 598
33 Parts 27, 326
34 Part 36
40 Parts 19, 27
45 Part 672
49 Parts 107, 171, 209, 213 · 216, 217,

# Authorities



| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6862—6863 | 27 Part 70 |
| 6867 | 26 Parts 1, 301 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 17, 19, 22, 24, 25, 70, 194, 270, 290 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 250 |
| 7101 | 26 Part 403, 27 Parts 70, 72, 275 |
| 7102 | 27 Parts 70, 250 |
| 7121—7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 170, 270, 275, 290, 295, 296 |
| 7213 | 27 Part 17 |
| 7214 | 5 Part 3101, 27 Part 70 |
| 7216 | 26 Parts 1, 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322—7327 | 26 Part 403 |
| 7322—7326 | 27 Part 72 |
| 7325 | 27 Part 270 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 170, 270, 275, 290, 295, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423—7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7502 | 27 Part 53 |
| 7505—7506 | 27 Part 70 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7519 | 26 Part 1 |
| 7520 | 26 Parts 1, 20, 301 |
| 7601—7606 | 27 Part 70 |
| 7602 | 27 Parts 170, 296 |
| 7606 | 27 Parts 24, 25, 170, 270, 275, 290, 295, 296 |
| 7608 | 27 Parts 70, 170, 296 |
| 7609 | 27 Part 70 |
| 7610 | 27 Part 70 |
| 7622—7623 | 27 Part 70 |
| 7624 | 26 Part 301 |
| 7651 et seq | 40 Part 76 |
| 7651—7652 | 27 Part 250 |
| 7652 | 27 Parts 17, 275 |
| 7653 | 27 Part 70 |
| 7654 | 26 Part 1 |
| 7701 | 26 Parts 1, 31, 301 |
| 7804 | 26 Part 1 |
| 7805 | 20 Part 615, 26 Parts 1—5, 5c, 5e, 5f, 6a, 7, 8, 9, 11—13, 14a, 15, 15a, 16, 16a, 17—20, 22, 25, 26, 27, 31, 32, 35, 35a, 36, 40, 41, 43—49, 52—55, 141, 143, 145, 148, 156, 301—303, 305, 400, 401, 403, 404, 420, 504, 505, 509—511, 514, 515, 601, 602, 701, 702 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
|  | 27 Parts 3, 5, 17—22, 24, 25, 30, 70, 72, 170, 179, 194, 200, 250—252, 270, 275, 290, 295, 296 |
| 7851 | 27 Part 24 |
| 7872 | 26 Part 1 |
| 9002 | 11 Part 9002 |
| 9003 | 11 Part 9003 |
| 9004 | 11 Part 9004 |
| 9005 | 11 Part 9005 |
| 9006 | 11 Part 9005 |
| 9007 | 11 Parts 201, 9007 |
| 9008 | 11 Parts 201, 9008 |
| 9009 | 11 Parts 201, 9001—9008 |
| 9012 | 11 Part 9012 |
| 9031 | 11 Part 9031 |
| 9032 | 11 Part 9032 |
| 9033 | 11 Part 9033 |
| 9034 | 11 Part 9034 |
| 9035 | 11 Part 9035 |
| 9036 | 11 Part 9036 |
| 9037 | 11 Part 9037 |
| 9038 | 11 Parts 201, 9038 |
| 9039 | 11 Part 9031—9039 |
| 9701—9708 | 20 Part 422 |
| 9801 | 26 Part 54 |
| 9806 | 26 Part 54 |
| 9833 | 26 Part 54 |

**27 U.S.C.**

| | CFR |
|---|---|
| 202 | 27 Parts 6, 8, 10, 11 |
| 203—204 | 27 Part 1 |
| 203 | 19 Part 12, 27 Parts 250—252 |
| 204 | 27 Part 200 |
| 205 | 27 Parts 4—12, 16, 179, 197, 250—252 |
| 206 | 27 Part 1 |
| 211 | 27 Part 1 |
| 215 | 27 Part 16 |
| 218 | 27 Part 16 |

**28 U.S.C.**

| | CFR |
|---|---|
| 50 | 32 Part 516 |
| 293 | 19 Parts 152, 174—177 |
| 418 | 38 Part 3 |
| 503 | 28 Part 45 |
| 509—510 | 8 Parts 1—3, 21 Part 1316, 28 Parts 0, 1, 3, 5, 8, 9, 11, 14—17, 20, 21, 26, 29, 31, 35, 37, 42, 47, 48, 50, 51, 55, 58, 61, 71, 73, 76, 77, 81, 500, 501, 503, 504, 511—513, 522—524, 527, 540, 541, 543—545, 547—550, 552, 553, 570—572, 600—603, 48 Part 2819 |
| 509 | 28 Parts 64, 80, 542 |
| 510 | 28 Parts 36, 542, 48 Parts 2801—2810, 2812—2817, 2822, 2824, 2825, 2828—2835, 2845, 2852, 2870 |
| 513 | 32 Part 516 |
| 515—519 | 28 Part 0, 17 |
| 515 | 28 Parts 77, 600—602, 32 Part 516 |
| 515—518 | 28 Part 9 |
| 516 | 28 Part 77 |

# Title 27--Alcohol, Tobacco Products and Firearms

## CHAPTER I--BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, DEPARTMENT OF THE TREASURY

## PART 170--MISCELLANEOUS REGULATIONS RELATING TO LIQUOR

| | | 170.41 | Scope of subpart. |
|---|---|---|---|
| | | 170.42 | Delegations of the Director. |
| | | 170.43 | Forms prescribed. |
| | | 170.45 | Meaning of terms. |
| | | 170.47 | Notice requirement; manufacture of stills. |
| | | 170.49 | Notice requirement; setup of still. |
| | | 170.51 | Failure to give notice; penalty. |
| | | 170.53 | Identification of distilling apparatus. |
| | | 170.55 | Registry of stills and distilling apparatus. |
| | | 170.57 | Failure to register; penalty. |
| | | 170.59 | Records. |



# SUBCHAPTERS G–L [RESERVED]
# SUBCHAPTER M—ALCOHOL, TOBACCO AND OTHER EXCISE TAXES

## PART 170—MISCELLANEOUS REGU-LATIONS RELATING TO LIQUOR

### Subparts A–B [Reserved]

### Subpart C—Stills

Sec.
170.41  Scope of subpart.
170.42  Delegations of the Director.
170.43  Forms prescribed.
170.45  Meaning of terms.
170.47  Notice requirement; manufacture of stills.
170.49  Notice requirement; setup of still.
170.51  Failure to give notice; penalty.
170.53  Identification of distilling apparatus.
170.55  Registry of stills and distilling apparatus.
170.57  Failure to register; penalty.
170.59  Records.

### Subparts D–Y [Reserved]

### Subparts A–B [Reserved]

### Subpart C—Stills

AUTHORITY: 26 U.S.C. 5002, 5101, 5102, 5179, 5291, 5601, 5615, 5687, 7805.

SOURCE: T.D. ATF-207, 50 FR 23682, June 5, 1985, unless otherwise noted.

### § 170.41  Scope of subpart.

The regulations in this subpart relate to the manufacture, removal, and use of stills and condensers, and to the notice, registration, and recordkeeping requirements therefor.

### § 170.42  Delegations of the Director.

All of the regulatory authorities of the Director contained in this part are delegated to appropriate ATF officers. These ATF officers are specified in ATF Order 1130.20, Delegation Order—Delegation of the Director's Authorities in 27 CFR Part 170—Miscellaneous Regulations Relating to Liquor. ATF delegation orders, such as ATF Order 1130.20, are available to any interested person by mailing a request to the ATF Distribution Center, P.O. Box 5950, Springfield, Virginia 22150–5950, or by

accessing the ATF web site (http://www.atf.treas.gov/).

[T.D. ATF-439, 66 FR 8769, Feb. 2, 2001]

### § 170.43  Forms prescribed.

(a) The appropriate ATF officer is authorized to prescribe all forms, including all notices and records, required by this subpart. All of the information called for in each form shall be furnished as indicated by the headings on the form and the instructions on or pertaining to the form. In addition, information called for in each form shall be furnished as required by this subpart. The form will be filed in accordance with the instructions for the form.

(b) Forms may be requested from the ATF Distribution Center, P.O. Box 5950, Springfield, Virginia 22150–5950, or by accessing the ATF web site (http://www.atf.treas.gov/).

(Pub. L. 89 554, 80 Stat. 383, as amended (5 U.S.C. 552))

[T.D. ATF-207, 50 FR 23682, June 5, 1985; 50 FR 28572, July 15, 1985; T.D. ATF-439, 66 FR 8769, Feb. 2, 2001]

### § 170.45  Meaning of terms.

When used in this subpart and in the forms prescribed under this subpart, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof, terms shall have the meaning ascribed in this section. Words in the plural form shall include the singular, and vice versa, and words in the masculine shall include the feminine. The terms "includes" and "including" do not exclude things not enumerated which are in the same general class.

*Appropriate ATF Officer.* An officer or employee of the Bureau of Alcohol, Tobacco and Firearms (ATF) authorized to perform any functions relating to the administration or enforcement of this part by ATF Order 1130.20, Delegation Order—Delegation of the Director's Authorities in 27 CFR Part 170 "

Miscellaneous Regulations Relating to Liquor.

*Director.* The Director, Bureau of Alcohol, Tobacco and Firearms, the Department of the Treasury, Washington, DC.

*Distilling spirits or spirits.* That substance known as ethyl alcohol, ethanol, or spirits of wine in any form (including all dilutions and mixtures thereof, from whatever source or by whatever process produced).

*Distilling.* The conduct by any person of operations that constitute, as defined by 26 U.S.C. 5002, operations as a distiller. Such operations include: (a) The original manufacture of distilled spirits from mash, wort, or wash, or any materials suitable for the production of spirits; (b) the redistillation of spirits in the course of original manufacture; (c) the redistillation of spirits, or products containing spirits; (d) the distillation, redistillation, or recovery of spirits, denatured spirits, or articles containing spirits or denatured spirits; and (e) the redistillation or recovery of tax-free spirits.

*Distilling apparatus.* A still or condenser, as defined in this section, and any other apparatus to be used for the purpose of distilling.

*Executed under the penalties of perjury.* Signed with the prescribed declaration under the penalties of perjury as provided on or with respect to any document prescribed under this subpart or, where no form of declaration is prescribed, with the declaration: "I declare under the penalties of perjury that this ----- (insert type of document), including the documents submitted in support thereof, has been examined by me and, to best of my knowledge and belief, is true, correct and complete."

*Manufacturer of stills.* Any person who manufactures any still or condenser, as defined in this section, or any other apparatus to be used for the purpose of distilling. The term includes a person furnishing separate parts of a complete still or condenser, of any kind, to a person who assembles same into a still or condenser for distilling and a person who procures materials or apparatus and converts same into a still or condenser for distilling.

*Person.* An individual, a trust, estate, partnership, association, company, or corporation.

*Still.* Any apparatus capable of being used for separating alcoholic or spirituous vapors, or spiritous solutions, or spirits, from spirituous solutions or mixtures, but shall not include stills used for laboratory purposes or stills used for distilling water or other nonalcoholic materials where the cubic distilling capacity is one gallon or less.

*This chapter.* Title 27, Code of Federal Regulations, Chapter I (27 CFR Chapter I).

*United States.* The several states and the District of Columbia.

*U.S.C.* The United States Code.

[T.D. ATF 207, 50 FR 23882, June 5, 1985; 50 FR 28572, July 15, 1985, as amended by T.D. ATF-439, 66 FR 8770, Feb. 2, 2001]

### § 170.47 Notice requirement; manufacture of stills.

(a) *General.* When required by letter issued by the appropriate ATF officer and until notified to the contrary by the appropriate ATF officer, every person who manufactures any still, boiler (double or pot still), condenser, or other apparatus to be used for the purpose of distilling shall give written notice before the still or distilling apparatus is removed from the place of manufacture.

(b) *Preparation.* The notice will be prepared in letter form, executed under the penalties of perjury, and show the following information:

(1) The name and address of the manufacturer;

(2) The name and complete address of the person by whom the apparatus is to be used, and of any other person for, by, or through whom the apparatus is ordered or disposed of;

(3) The distilling purpose for which the apparatus is to be used (distillation of spirits, redistillation of spirits or recovery of spirits, including denatured spirits and articles containing spirits or denatured spirits);

(4) The manufacturer's serial number of the apparatus;

(5) The type and kind of apparatus;

(6) The distilling capacity of the apparatus; and

(7) The date the apparatus is to be removed from the place of manufacture.

932

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6039A | 26 Part 7 |
| 6041 | 26 Part 1 |
| 6043 | 26 Part 1 |
| 6045 | 26 Parts 1, 5f |
| 6047 | 26 Part 35 |
| 6048 | 26 Part 404 |
| 6049 | 26 Part 1 |
| 6050D | 26 Parts 1, 602 |
| 6050H—6050I-1 | 26 Part 1 |
| 6050K—6050L | 26 Part 1 |
| 6050M | 26 Parts 1, 301 |
| 6050P | 26 Part 1 |
| 6051 | 26 Part 31 |
| 6053 | 26 Part 31 |
| 6056 | 27 Part 22 |
| 6059 | 26 Part 301 |
| 6060 | 26 Part 1 |
| 6061 | 26 Parts 156, 301 |
| | 27 Parts 22, |
| | 25, 53, 194, 270, 290 |
| 6064 | 27 Part 70 |
| 6065 | 26 Part 1 |
| | 27 Parts 17—20, |
| | 22, 24, 25, 194, 252, 270, 290 |
| 6071 | 26 Parts 1, |
| 31, 40, 55, 154, 156 | |
| | 27 Parts 53, 194 |
| 6081 | 26 Parts 1, 301 |
| | 27 Part 53 |
| 6090 | 26 Part 43 |
| 6091 | 26 Parts 1, |
| | 40, 44, 46, 55, 156 |
| | 27 Parts 17, 24, |
| | 25, 53, 194 |
| 6101—6104 | 27 Part 53 |
| 6101 | 26 Part 40 |
| 6102 | 27 Part 70 |
| 6103—6104 | 26 Part 301 |
| 6103 | 20 Parts 401, 402 |
| | 42 Part 401 |
| 6109 | 26 Parts 35a, 40, 150, 301 |
| | 27 Parts 17, 19, |
| | 22, 24, 25, 53, 194, 270 |
| 6111—6112 | 26 Part 301 |
| 6151 | 27 Parts 17, 22, |
| | 25, 53, 194, 270, 290 |
| 6154 | 26 Part 1 |
| 6155 | 27 Parts 53, 70 |
| 6157 | 26 Part 31 |
| 6158 | 26 Part 301 |
| 6159 | 27 Part 70 |
| 6161 | 26 Part 156 |
| | 27 Part 53 |
| 6201 | 27 Part 70 |
| 6203—6204 | 27 Part 70 |
| 6205 | 26 Part 31 |
| 6223 | 26 Part 301 |
| 6227 | 26 Part 301 |
| 6230—6231 | 26 Parts 1, 301 |
| 6232 | 26 Parts 41, 150 |
| 6233 | 26 Part 301 |
| 6241 | 26 Part 301 |
| 6245 | 26 Part 301 |
| 6301—6303 | 27 Part 53 |
| 6301—6302 | 27 Parts 24, |
| | 25, 250, 270, 275 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6301 | 27 Part 70 |
| 6302 | 26 Parts 1, 31, 40 |
| | 27 Parts 19, 251 |
| | 31 Parts 203, 214 |
| 6303 | 27 Part 70 |
| 6311 | 27 Parts 19, |
| 24, 25, 53, 70, 194, 270 | |
| 6313—6314 | 27 Part 70 |
| 6313 | 27 Parts 25, |
| | 270, 275, 295 |
| 6314 | 27 Part 194 |
| 6321 | 27 Part 70 |
| 6323 | 26 Part 1 |
| | 27 Part 70 |
| 6324A—6324B | 26 Part 301 |
| 6325 | 26 Part 401 |
| | 27 Part 70 |
| 6326 | 26 Part 301 |
| | 27 Part 70 |
| 6331—6343 | 27 Part 70 |
| 6334 | 26 Part 404 |
| 6343 | 26 Part 301 |
| 6364 | 26 Part 31 |
| 6401—6404 | 27 Part 70 |
| 6402 | 27 Parts 17, |
| 25, 53, 194, 270, 290 | |
| | 31 Part 285 |
| 6404 | 26 Part 301 |
| | 27 Parts 53, |
| | 270, 275, 290 |
| 6407 | 27 Part 70 |
| 6416 | 27 Parts 53, 70 |
| 6423 | 27 Parts 70, 270 |
| 6426 | 26 Part 154 |
| 6427 | 26 Part 48 |
| 6501—6503 | 27 Part 70 |
| 6511 | 27 Parts 17, 70, 194 |
| 6513—6514 | 27 Part 70 |
| 6532 | 27 Part 70 |
| 6601—6602 | 27 Part 70 |
| 6601 | 27 Parts 170, |
| | 194, 296 |
| 6611 | 27 Part 70 |
| 6621—6622 | 27 Parts 70, 170, 296 |
| 6621 | 26 Part 301 |
| | 27 Part 194 |
| 6651 | 27 Parts 24, 25, 70, 194 |
| 6653 | 27 Part 70 |
| 6654—6655 | 26 Part 1 |
| 6656—6658 | 27 Part 70 |
| 6656 | 27 Part 25 |
| 6657 | 27 Part 194 |
| 6662 | 26 Part 1 |
| 6665 | 27 Part 70 |
| 6671—6672 | 27 Part 70 |
| 6676 | 26 Part 35a |
| | 27 Parts 19, 24, 25, 270 |
| 6689 | 26 Part 301 |
| 6701 | 27 Part 70 |
| 6721 | 26 Part 35a |
| 6723 | 27 Part 70 |
| 6801 | 27 Part 70 |
| 6804 | 27 Part 250 |
| 6806 | 27 Parts 19, |
| | 22, 25, 270, 290 |
| 6851 | 26 Part 1 |

Submitted Previously to Michael Flath          Attachment 1

# Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6862—6863 | 27 Part 70 |
| 6867 | 26 Parts 1, 301 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 17, 19, 22, 24, 25, 70, 194, 270, 290 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 250 |
| 7101 | 26 Part 403, 27 Parts 70, 72, 275 |
| 7102 | 27 Parts 70, 250 |
| 7121—7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 170, 270, 275, 290, 295, 296 |
| 7213 | 27 Part 17 |
| 7214 | 5 Part 3101, 27 Part 70 |
| 7216 | 26 Parts 1, 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322—7327 | 26 Part 403 |
| 7322—7326 | 27 Part 72 |
| 7325 | 27 Part 270 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 170, 270, 275, 290, 295, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423—7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7502 | 27 Part 53 |
| 7505—7506 | 27 Part 70 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7519 | 26 Part 1 |
| 7520 | 26 Parts 1, 20, 301 |
| 7601—7606 | 27 Part 70 |
| 7602 | 27 Parts 170, 296 |
| 7606 | 27 Parts 24, 25, 170, 270, 275, 290, 295, 296 |
| 7608 | 27 Parts 70, 170, 296 |
| 7609 | 27 Part 70 |
| 7610 | 27 Part 70 |
| 7622—7623 | 27 Part 70 |
| 7624 | 26 Part 301 |
| 7651 et seq | 40 Part 76 |
| 7651—7652 | 27 Part 250 |
| 7852 | 27 Parts 17, 275 |
| 7653 | 27 Part 70 |
| 7654 | 26 Part 1 |
| 7701 | 26 Parts 1, 31, 301 |
| 7804 | 26 Part 1 |
| 7805 | 20 Part 615, 26 Parts 1—5, 5c, 5e, 5f, 6a, 7, 8, 9, 11—13, 14a, 15, 15a, 16, 16a, 17—20, 22, 25, 26, 27, 31, 32, 35, 35a, 36, 40, 41, 43—49, 52—55, 141, 143, 145, 148, 156, 301—303, 305, 400, 401, 403, 404, 420, 504, 505, 508—511, 514, 515, 601, 602, 701, 702 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
|  | 27 Parts 3, 5, 17—22, 24, 25, 30, 70, 72, 170, 179, 194, 200, 250—252, 270, 275, 290, 295, 296 |
| 7851 | 27 Part 24 |
| 7872 | 26 Part 1 |
| 9002 | 11 Part 9002 |
| 9003 | 11 Part 9003 |
| 9004 | 11 Part 9004 |
| 9005 | 11 Part 9005 |
| 9006 | 11 Part 9005 |
| 9007 | 11 Parts 201, 9007 |
| 9008 | 11 Parts 201, 9008 |
| 9009 | 11 Parts 201, 9001—9008 |
| 9012 | 11 Part 9012 |
| 9031 | 11 Part 9031 |
| 9032 | 11 Part 9032 |
| 9033 | 11 Part 9033 |
| 9034 | 11 Part 9034 |
| 9035 | 11 Part 9035 |
| 9036 | 11 Part 9036 |
| 9037 | 11 Part 9037 |
| 9038 | 11 Parts 201, 9038 |
| 9039 | 11 Part 9031—9039 |
| 9701—9708 | 20 Part 422 |
| 9801 | 26 Part 54 |
| 9806 | 26 Part 54 |
| 9833 | 26 Part 54 |

**27 U.S.C.**

| | |
|---|---|
| 202 | 27 Parts 6, 8, 10, 11 |
| 203—204 | 27 Part 1 |
| 203 | 19 Part 12, 27 Parts 250—252 |
| 204 | 27 Part 200 |
| 205 | 27 Parts 4—12, 16, 179, 197, 250—252 |
| 206 | 27 Part 1 |
| 211 | 27 Part 1 |
| 215 | 27 Part 16 |
| 218 | 27 Part 16 |

**28 U.S.C.**

| | |
|---|---|
| 50 | 32 Part 516 |
| 293 | 19 Parts 152, 174—177 |
| 418 | 38 Part 3 |
| 503 | 28 Part 45 |
| 509—510 | 8 Parts 1—3, 21 Part 1316, 28 Parts 0, 1, 3, 5, 8, 9, 11, 14—17, 20, 21, 26, 29, 31, 35, 37, 42, 47, 48, 50, 51, 55, 58, 61, 71, 73, 76, 77, 81, 500, 501, 503, 504, 511—513, 522—524, 527, 540, 541, 543—545, 547—550, 552, 553, 570—572, 600—603, 48 Part 2819 |
| 509 | 28 Parts 64, 80, 542 |
| 510 | 28 Parts 36, 542, 48 Parts 2801—2810, 2812—2817, 2822, 2824, 2825, 2828—2835, 2845, 2852, 2870 |
| 513 | 32 Part 516 |
| 515—519 | 28 Part 0, 17 |
| 515 | 28 Parts 77, 600—602, 32 Part 516 |
| 515—518 | 28 Part 9 |
| 516 | 28 Part 77 |

755

Code of Federal Regulations
Title 26 Internal Revenue

# PART 48—MANUFACTURERS AND RETAILERS EXCISE TAXES

**Subpart A—Introduction**

Sec.

| | |
|---|---|
| 48.0–1 | Introduction. |
| 48.0–2 | General definitions and attachment of tax. |
| 48.0–3 | Exemption certificates. |

**Subpart B–E [Reserved]**

**Subpart F—Special Fuels**

| | |
|---|---|
| 48.4041–0 | Applicability of regulations relating to diesel fuel after December 31, 1993. |
| 48.4041–3 | Application of tax on sales of special motor fuel for use in motor vehicles and motorboats. |
| 48.4041–4 | Application of tax on sales of liquid for use as fuel in aircraft in noncommercial aviation. |
| 48.4041–5 | Sales of diesel and special motor fuels and fuel for use in aircraft; rules of general application. |
| 48.4041–6 | Application of tax on use of taxable liquid fuel. |
| 48.4041–7 | Dual use of taxable liquid fuel. |
| 48.4041–8 | Definitions. |
| 48.4041–9 | Exemption for farm use. |
| 48.4041–10 | Exemption for use as supplies for vessels or aircraft. |
| 48.4041–11 | Tax-free sales of fuel for use in noncommercial aviation only if sellers and certain purchasers are registered. |
| 48.4041–12 | Sales by United States, etc. |
| 48.4041–13 | Other credits or refunds. |
| 48.4041–14 | Exemption for sale to or use by certain aircraft museums. |
| 48.4041–15 | Sales to States or political subdivisions thereof. |
| 48.4041–16 | Sales for export. |
| 48.4041–17 | Tax-free retail sales to certain nonprofit educational organizations. |
| 48.4041–18 | Fuels containing alcohol. |
| 48.4041–19 | Exemption for qualified methanol and ethanol fuel. |
| 48.4041–20 | Partially exempt methanol and ethanol fuel. |
| 48.4041–21 | Compressed natural gas (CNG). |

**Subpart G—Fuel Used on Inland Waterways**

| | |
|---|---|
| 48.4042–1 | Tax on fuel used in commercial waterway transportation. |
| 48.4042–2 | Special rules. |
| 48.4042–3 | Certain types of commercial waterway transportation excluded. |

**Subpart H—Motor Vehicles, Tires, Tubes, Tread Rubber, and Taxable Fuel**

**Automotive and Related Items**

**motor vehicles**

| | |
|---|---|
| 48.4052–1 | Heavy trucks and trailers; certification requirement. |
| 48.4061(a) | [Reserved] |
| 48.4061(a)–1 | Imposition of tax; exclusion for light-duty trucks, etc. |
| 48.4061(a)–2 | Bonding of importers. |
| 48.4061(a)–3 | Definitions. |
| 48.4061(a)–4 | Parts or accessories sold on or in connection with chassis, bodies, etc. |
| 48.4061(a)–5 | Sale of automobile truck bodies and chassis. |
| 48.4061(b) | [Reserved] |
| 48.4061(b)–1 | Imposition of tax. |
| 48.4061(b)–2 | Definition of parts or accessories. |
| 48.4061(b)–3 | Rebuilt, reconditioned, or repaired parts or accessories. |
| 48.4061–1 | Temporary regulations with respect to floor stock refunds or credits on cement mixers. |
| 48.4062(a) | [Reserved] |
| 48.4062(a)–1 | Specific parts or accessories. |
| 48.4062(b) | [Reserved] |
| 48.4062(b)–1 | Rebuilt parts or accessories sold on an exchange basis. |
| 48.4063–1 | Tax-free sales of bodies to chassis manufacturers. |
| 48.4063–2 | Tax-free sales of parts or accessories sold for resale on or in connection with the first retail sale of a light-duty truck. |
| 48.4063–3 | Other tax-free sales. |
| 48.4064–1 | Gas guzzler tax. |

**Tires, Tubes, and Tread Rubber**

| | |
|---|---|
| 48.4071–1 | Imposition and rates of tax. |
| 48.4071–2 | Determination of weight. |
| 48.4071–3 | Imposition of tax on tires and tubes delivered to manufacturer's retail outlet. |
| 48.4071–4 | Original equipment tires on imported articles. |

## Code of Federal Regulations (CFR)

### CFR TITLE 27

**List of Subjects revised as of January 1, 2004.**

**27 CFR Part 1**
> Administrative practice and procedure
> Alcohol and alcoholic beverages
> Imports
> Liquors
> Packaging and containers
> Warehouses
> Wine

**27 CFR Part 4**
> Advertising
> Customs duties and inspection
> Imports
> Labeling
> Packaging and containers
> Reporting and recordkeeping requirements
> Trade practices
> Wine

**27 CFR Part 5**
> Advertising
> Customs duties and inspection
> Imports
> Labeling
> Liquors
> Packaging and containers
> Reporting and recordkeeping requirements
> Trade practices

**27 CFR Part 6**
> Advertising
> Alcohol and alcoholic beverages
> Credit
> Reporting and recordkeeping requirements
> Trade practices

**27 CFR Part 7**
> Advertising
> Beer
> Customs duties and inspection
> Imports
> Labeling
> Reporting and recordkeeping requirements
> Trade practices

**27 CFR Part 8**
> Alcohol and alcoholic beverages
> Trade practices

**27 CFR Part 9**
> Wine

**27 CFR Part 10**
> Alcohol and alcoholic beverages
> Trade practices

**27 CFR Part 11**
> Alcohol and alcoholic beverages
> Trade practices

**27 CFR Part 12**
> Imports
> Labeling

Wine

**27 CFR Part 13**
    Administrative practice and procedure
    Alcohol and alcoholic beverages
    Labeling

**27 CFR Part 16**
    Alcohol and alcoholic beverages
    Consumer protection
    Health
    Labeling
    Penalties

**27 CFR Part 17**
    Administrative practice and procedure
    Claims
    Cosmetics
    Customs duties and inspection
    Drugs
    Excise taxes
    Exports
    Imports
    Liquors
    Packaging and containers
    Puerto Rico
    Reporting and recordkeeping requirements
    Spices and flavorings
    Surety bonds
    Virgin Islands

**27 CFR Part 18**
    Alcohol and alcoholic beverages
    Fruits
    Reporting and recordkeeping requirements
    Spices and flavorings

**27 CFR Part 19**
    Caribbean Basin initiative
    Claims
    Electronic funds transfers
    Excise taxes
    Exports
    Gasohol
    Imports
    Labeling
    Liquors
    Packaging and containers
    Puerto Rico
    Reporting and recordkeeping requirements
    Research
    Security measures
    Surety bonds
    Vinegar
    Virgin Islands
    Warehouses

**27 CFR Part 20**
    Alcohol and alcoholic beverages
    Claims
    Cosmetics
    Excise taxes
    Labeling
    Packaging and containers
    Penalties
    Reporting and recordkeeping requirements
    Surety bonds

**27 CFR Part 21**
    Alcohol and alcoholic beverages

**27 CFR Part 22**
    Administrative practice and procedure

Alcohol and alcoholic beverages
Excise taxes
Reporting and recordkeeping requirements
Surety bonds

**27 CFR Part 24**

Administrative practice and procedure
Claims
Electronic funds transfers
Excise taxes
Exports
Food additives
Fruit juices
Labeling
Liquors
Packaging and containers
Reporting and recordkeeping requirements
Research
Scientific equipment
Spices and flavorings
Surety bonds
Vinegar
Warehouses
Wine

**27 CFR Part 25**

Beer
Claims
Electronic funds transfers
Excise taxes
Exports
Labeling
Packaging and containers
Reporting and recordkeeping requirements
Research
Surety bonds

**27 CFR Part 26**

Alcohol and alcoholic beverages
Caribbean Basin initiative
Claims
Customs duties and inspection
Electronic funds transfers
Excise taxes
Packaging and containers
Puerto Rico
Reporting and recordkeeping requirements
Surety bonds
Virgin Islands
Warehouses

**27 CFR Part 27**

Alcohol and alcoholic beverages
Beer
Cosmetics
Customs duties and inspection
Electronic funds transfers
Excise taxes
Imports
Labeling
Liquors
Packaging and containers
Reporting and recordkeeping requirements
Wine

**27 CFR Part 29**

Alcohol and alcoholic beverages
Beer
Claims
Cosmetics

Customs duties and inspection
Excise taxes
Liquors
Packaging and containers
Penalties
Reporting and recordkeeping requirements
Stills
Surety bonds
Wine
**27 CFR Part 30**
Liquors
Scientific equipment
**27 CFR Part 40**
Cigars and cigarettes
Claims
Electronic funds transfers
Excise taxes
Imports
Labeling
Packaging and containers
Reporting and recordkeeping requirements
Surety bonds
Tobacco
**27 CFR Part 44**
Aircraft
Armed forces
Cigars and cigarettes
Claims
Customs duties and inspection
Excise taxes
Exports
Foreign trade zones
Labeling
Packaging and containers
Reporting and recordkeeping requirements
Surety bonds
Tobacco
Vessels
Warehouses
**27 CFR Part 45**
Administrative practice and procedure
Authority delegations (Government agencies)
Cigars and cigarettes
Excise taxes
Labeling
Packaging and containers
Reporting and recordkeeping requirements
Tobacco
**27 CFR Part 46**
Administrative practice and procedure
Cigars and cigarettes
Claims
Excise taxes
Packaging and containers
Penalties
Reporting and recordkeeping requirements
Seizures and forfeitures
Surety bonds
Tobacco
**27 CFR Part 53**
Arms and munitions
Electronic funds transfers
Excise taxes
Exports
Imports

Reporting and recordkeeping requirements
### 27 CFR Part 70
Administrative practice and procedure
Claims
Excise taxes
Freedom of information
Law enforcement
Penalties
Reporting and recordkeeping requirements
Surety bonds
### 27 CFR Part 71
Administrative practice and procedure
Alcohol and alcoholic beverages
Tobacco
### 27 CFR Part 72
Administrative practice and procedure
Aircraft
Alcohol and alcoholic beverages
Arms and munitions
Motor vehicles
Seizures and forfeitures
Surety bonds
Tobacco
Vessels
### 27 CFR Part 73
Reporting and recordkeeping requirements
### 27 CFR Part 194
Alcohol and alcoholic beverages
Claims
Excise taxes
Exports
Packaging and containers
Reporting and recordkeeping requirements
### 27 CFR Part 197
Claims
### 27 CFR Part 252
Aircraft
Alcohol and alcoholic beverages
Armed forces
Beer
Claims
Excise taxes
Exports
Foreign trade zones
Labeling
Liquors
Packaging and containers
Reporting and recordkeeping requirements
Surety bonds
Vessels
Warehouses
Wine
### 27 CFR Part 275
Cigars and cigarettes
Claims
Customs duties and inspection
Electronic funds transfers
Excise taxes
Imports
Labeling
Packaging and containers
Puerto Rico
Reporting and recordkeeping requirements
Surety bonds
Tobacco

Virgin Islands
Warehouses

**27 CFR Part 447**
Administrative practice and procedure
Arms and munitions
Chemicals
Customs duties and inspection
Imports
Penalties
Reporting and recordkeeping requirements
Scientific equipment
Seizures and forfeitures

**27 CFR Part 478**
Administrative practice and procedure
Arms and munitions
Customs duties and inspection
Exports
Imports
Intergovernmental relations
Law enforcement officers
Military personnel
Penalties
Reporting and recordkeeping requirements
Research
Seizures and forfeitures
Transportation

**27 CFR Part 479**
Administrative practice and procedure
Arms and munitions
Customs duties and inspection
Excise taxes
Exports
Imports
Military personnel
Penalties
Reporting and recordkeeping requirements
Seizures and forfeitures
Transportation

**27 CFR Part 555**
Administrative practice and procedure
Customs duties and inspection
Explosives
Hazardous substances
Imports
Penalties
Reporting and recordkeeping requirements
Safety
Security measures
Seizures and forfeitures
Transportation
Warehouses

**27 CFR Part 646**
Administrative practice and procedure
Cigars and cigarettes
Excise taxes
Packaging and containers
Penalties
Reporting and recordkeeping requirements
Surety bonds
Tobacco

 **TOP OF PAGE**


- Title 27 -- Alcohol, Tobacco Products and Firearms
    CHAPTER I -- ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, DEPARTMENT
    OF THE TREASURY
    - Part 70 -- Procedure and administration

*Section*

- 70.1 General. [PDF]
- 70.2 Forms prescribed. [PDF]
- 70.3 Delegations of the Director. [PDF]
- 70.11 Meaning of terms. [PDF]
- 70.21 Canvass of regions for taxable persons and objects. [PDF]
- 70.22 Examination of books and witnesses. [PDF]
- 70.23 Service of summonses. [PDF]
- 70.24 Enforcement of summonses. [PDF]
- 70.25 Special procedures for third-party summonses. [PDF]
- 70.26 Third-party recordkeepers. [PDF]
- 70.27 Right to intervene; right to institute a proceeding to quash. [PDF]
- 70.28 Summonses excepted from 26 U.S.C. 7609 procedures. [PDF]
- 70.29 Suspension of statutes of limitations. [PDF]
- 70.30 Time and place of examination. [PDF]
- 70.31 Entry of premises for examination of taxable objects. [PDF]
- 70.32 Examination of records and objects. [PDF]
- 70.33 Authority of enforcement officers of the Bureau. [PDF]
- 70.34 Listing by appropriate ATF officers of taxable objects owned by nonresidents. [PDF]
- 70.40 Authority to administer oaths and certify. [PDF]
- 70.41 Rewards for information relating to violations of tax laws administered by the Bureau. [PDF]
- 70.51 Collection authority. [PDF]
- 70.52 Signature presumed authentic. [PDF]
- 70.61 Payment by check or money order. [PDF]
- 70.62 Fractional parts of a cent. [PDF]
- 70.63 Computations on returns or other documents. [PDF]
- 70.64 Receipt for taxes. [PDF]
- 70.65 Use of commercial banks. [PDF]
- 70.71 Assessment authority. [PDF]
- 70.72 Method of assessment. [PDF]
- 70.73 Supplemental assessments. [PDF]
- 70.74 Request for prompt assessment. [PDF]
- 70.75 Jeopardy assessment of alcohol, tobacco, and firearms taxes. [PDF]
- 70.76 Stay of collection of jeopardy assessment; bond to stay collection. [PDF]

# Title 27--Alcohol, Tobacco Products and Firearms

## CHAPTER I--BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, DEPARTMENT OF THE TREASURY

## PART 170--MISCELLANEOUS REGULATIONS RELATING TO LIQUOR

| | | | |
|---|---|---|---|
| 📄 | 📄 | 170.41 | Scope of subpart. |
| 📄 | 📄 | 170.42 | Delegations of the Director. |
| 📄 | 📄 | 170.43 | Forms prescribed. |
| 📄 | 📄 | 170.45 | Meaning of terms. |
| 📄 | 📄 | 170.47 | Notice requirement; manufacture of stills. |
| 📄 | 📄 | 170.49 | Notice requirement; setup of still. |
| 📄 | 📄 | 170.51 | Failure to give notice; penalty. |
| 📄 | 📄 | 170.53 | Identification of distilling apparatus. |
| 📄 | 📄 | 170.55 | Registry of stills and distilling apparatus. |
| 📄 | 📄 | 170.57 | Failure to register; penalty. |
| 📄 | 📄 | 170.59 | Records. |


Back | Table of Contents

## CHAPTER I--BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, DEPARTMENT OF THE TREASURY--Continued

## PART 296--MISCELLANEOUS REGULATIONS RELATING TO TOBACCO PRODUCTS AND CIGARETTE PAPERS AND TUBES

| | | |
|---|---|---|
| 296.1 | Scope of regulations in this subpart. |
| 296.2 | Meaning of terms. |
| 296.3 | Applicability to certain credits or refunds. |
| 296.4 | Ultimate burden. |
| 296.5 | Conditions to allowance of credit or refund. |
| 296.6 | Requirements for persons intending to file claim. |
| 296.7 | Execution and filing of claim. |
| 296.8 | Data to be shown in claim. |
| 296.9 | Time for filing claim. |
| 296.10 | Bond, Form 2490. |
| 296.11 | Corporate surety. |
| 296.12 | Deposit of securities in lieu of corporate surety. |
| 296.13 | Authority to approve bonds. |
| 296.14 | Termination of liability. |
| 296.15 | Release of pledged securities. |
| 296.16 | Penalties. |
| 296.71 | Scope of subpart. |
| 296.72 | Meaning of terms. |
| 296.73 | Circumstances under which payment may be made. |
| 296.74 | Execution of claims. |
| 296.75 | Required information for claim. |
| 296.76 | Supporting evidence. |
| 296.77 | Time and place of filing. |
| 296.78 | Action by regional director (compliance). |