IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Petitioner,　　　　　　　　　　　　MC. NO. S-05-0431 LKK GGH PS

    vs.

ROBERT B. RAVENSCROFT JR.,

    Respondent.　　　　　　　　　　　　ORDER
_____/

    Previously pending on this court's calendar was the government's petition to enforce Internal Revenue Service summons. Yoshinori Himel appeared on behalf of the United States. Robert Ravenscroft Jr. appeared in pro se.

    Accordingly, IT IS ORDERED that respondent shall appear with documents described in the summons issued May 2, 2005 at the Internal Revenue Office at 4330 Watt Avenue, Sacramento, California, on October 12, 2005, at 10:00 a.m.

DATED: 10/4/05

                                /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                U. S. MAGISTRATE JUDGE

GGH:076:USRavenscroft431.tax.wpd

1